Lawrence J. Gornick (SBN 136290)
Emily Charley (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, California 94104
Tel: (415) 646-7160
Fax: (415) 981-1270

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE MARIE MARCHINY, <br><br> Plaintiff, <br><br> vs. <br><br> ELI LILLY AND COMPANY, <br><br> Defendant. | No. C 05 5032 PJH <br><br> Before the Honorable PHYLLIS J. HAMILTON <br><br> [~~PROPOSED~~] ORDER ~~VACATING AND/OR~~ CONTINUING CASE MANAGEMENT CONFERENCE <br><br> Conference Date: APRIL 6, 2006 <br> Conference Time: 2:30 p.m. <br> Location: Courtroom 3, 17TH Fl. |

For the reasons set forth in Plaintiff's Case Management Conference Statement, the Court hereby continues the APRIL 6, 2006 Case Management Conference ("CMC") to __August 3, 2006__, at __2:30 p.m.__. In the event the case is not transferred to the Honorable Claudia Wilken and/or the Eastern District of New York as part of MDL No. 1596 – *In re Zyprexa Liability Litigation*, far enough in advance of the new CMC date, the parties shall file a Joint CMC Statement at least 5 court days before the CMC, pursuant to this Court's Standing Order.

**IT IS SO ORDERED**

DATED: 3/28/06

HONORA[...]
Unite[d Sta...]

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

---

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1