James M. Wood (State Bar No. 58679)
Colleen T. Davies (State Bar No. 111371)
Nadia M. Bishop (State Bar No. 182995)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572
Email: jmwood@reedsmith.com
       cdavies@reedsmith.com
       nbishop@reedsmith.com

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:   510.763.2000
Facsimile:   510.273.8832

Attorneys for Defendant
Eli Lilly and Company, a corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE MARIE MARCHINY, | No.: C 05-5032 PJH |
| Plaintiffs, | Before the Honorable Phyllis J. Hamilton |
| vs. | [~~PROPOSED~~] ORDER V~~ACATING~~ ~~AND/OR~~ CONTINUING CASE MANAGEMENT CONFERENCE |
| ELI LILLY AND COMPANY, | |
| Defendant. | Conference Date: August 3, 2006<br>Conference Time: 2:30 p.m.<br>Location: Courtroom 3, 17th Fl., SF |

1  For the reasons set forth in the Joint Case Management Conference Statement, the Court
2  hereby vacates, or continues the August 3, 2006, Case Management Conference ("CMC") at least
3  120 days to  December 7, 2006 , at  2:30 p.m. , by which time this case will likely have been
4  transferred to the Eastern District of New York as part of MDL No. 1596 – In re Zyprexa Liability
5  Litigation.  In the event this case is not transferred to the MDL far enough in advance of the new
6  CMC date, the parties shall file a Joint CMC Statement at least 5 court days before the new CMC
7  date.

11  IT IS SO ORDERED

12  DATED:  7/27/06        .

14  _____
    The Honorable



IT IS SO ORDERED
Judge Phyllis J. Hamilton